MATTHEW J. QUINLAN, ESQ., SBN: 236507
Law Offices of Matthew J. Quinlan
3223 Webster Street
San Francisco, California 94123
Telephone (415) 345-4282
Facsimile (415)  346-8987

Attorneys for Plaintiffs MALAKHI SANCHEZ, MATAYA SANCHEZ, ANA EVANS and ISAAC SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAKHI SANCHEZ, a minor, and MATAYA SANCHEZ, a minor, individually and as Successors in Interest for ALBERTO SANCHEZ, decedent, and by and through their Guardian ad Litem, STEPHANIE LYNN; and ANA EVANS, a minor, and ISAAC SANCHEZ, a minor, individually and as Successors in Interest for ALBERTO SANCHEZ, decedent, and by and through their Guardian ad Litem, KIMBERLY JACOBS,<br><br>        Plaintiffs,<br>    v.<br><br>CITY AND COUNTY OF FRESNO, LEONARD TURK and DOES 1 to ONE HUNDRED, inclusive.<br><br>        Defendants. | NO: 1:12-CV-02055 LJO (BAM)<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS' ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiffs MALAKHI SANCHEZ, MATAYA SANCHEZ, ANA EVANS and ISSAC SANCHEZ and Defendants in the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiffs and Defendant's further stipulate that each party shall bear its own costs

STIPULATION FOR DISMISSAL

and fees, and that neither plaintiffs nor defendants shall seek the recovery of its costs and fees in this case from the other party.

Dated:  January 9, 2014					LAW OFFICES OF MATTHEW J. QUINLAN


					By:_____
						MATTHEW J. QUINLAN, ESQ.
						*Attorneys for Plaintiffs*


Dated:  January 9, 2014


						FERGUSON, PRAET & SHERMAN




					By:_____
						BRUCE PRAET, ESQ.
						*Attorneys for Defendants*

**Order**

**IT IS HEREBY ORDERED that Plaintiffs' action is dismissed with prejudice with all parties to bear their own costs.  The clerk is directed to close this action.**

IT IS SO ORDERED.

  Dated:  **January 9, 2014**			    **/s/ Lawrence J. O'Neill**
						UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL